FILED
February 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Aaron Bodenschatz, )<br>)<br>Defendant. ) | Case No. 2:08-mj-49 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Aaron Bodenschatz   Case 2:08-mj-49 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

X   Unsecured bond in the amount of $50,000, co-signed by defendant's parents.

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

X   (Other) PTS conditions/supervision:

Issued at  Sacramento, CA  on 2/12/08   at 2:30 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge