```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TANYA  MARLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-mj-0051 KLM |
|---|---|
| | ) No. 2:08-mj-0049 KJM |
| Plaintiff, | ) |
| | ) |
| v. | ) CORRECTED STIPULATION AND ORDER |
| | ) TO EXTEND TIME FOR PRELIMINARY |
| TANYA  MARLIN, | ) EXAMINATION AND EXCLUDE TIME |
| AARON BODENSHATZ, | ) |
| | ) |
| | ) Date:  February 25, 2008 |
| Defendants. | ) Time:  2:00 p.m. |
| _____ | ) Judge: Hon. Kimberly J. Mueller |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for February 25, 2008 be vacated and that time beginning February 25, 2008, and extending through March 20, 2008 be excluded from time under the Speedy Trial Act Within which an indictment must be found.  Further, all Defendants consent to an extension of the time for preliminary examination until March 20, 2008. Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

1   Counsel for the defendants have talked to their respective clients
2 in this case, and represent that all have consented to this continuance
3 and exclusion of time, with all agreeing that the interests of justice
4 are furthered thereby.
5   The parties stipulate that the interests of justice outweigh the
6 interest of the public and the defendants in a speedy filing of an
7 indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further
8 that this good cause outweighs the public's interest in the prompt
9 disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).
10   The parties further request that this matter be taken off calendar
11 until March 20, 2008, or such other future time as any party may
12 request a hearing for a purpose other than preliminary examination.
13   **IT IS SO STIPULATED**.

DATE: February 22, 2008         /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for TANYA MARLIN

DATE: February 22, 2008         /s/ Thomas Johnson
                                THOMAS JOHNSON
                                Attorney for Defendant
                                AARON BODENSHATZ

DATE: February 22, 2008         McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ Jill Thomas
                                JILL THOMAS
                                Assistant U.S. Attorney

        IT IS SO ORDERED.

DATE:  February 29, 2008.

                                _____
                                U.S. MAGISTRATE JUDGE

Stip & Order                     -2-