```
McGREGOR W. SCOTT
United States Attorney
Jill M. Thomas
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>Aaron J. Bodenschatz, and<br>Steven Correa<br><br>         Defendant. | S-08-mj-0049 KJM<br>S-08-mj-0050 KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO<br>EXTEND TIME FOR PRELIMINARY<br>EXAMINATION AND EXCLUDE TIME<br><br>Date:   March 20, 2008<br>Time:   2:00 p.m.<br>Judge:  Hon. Edmund F. Brennan |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for March 20, 2008, and extending through April 17, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, the Defendant consents to an extension of the time for preliminary examination until April 17, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition

1  and conduct investigation.

2  Counsel for the defendant have talked to their respective
3  clients in this case, and represent that they have consented to this
4  continuance and exclusion of time, agreeing that the interests of
5  justice are furthered thereby.

6  The parties stipulate that the interests of justice outweigh
7  the interest of the public and the defendants in a speedy filing of
8  an indictment or information, 18 U.S.C. § 3161(h)(8)(B)(iv), and
9  further that this good cause outweighs the public's interest in the
10 prompt disposition of this criminal case.  Fed. R. Crim. P. 5.1(d).

11 The parties further request that this matter be taken off
12 calendar until April 17, 2008, or such other future time as any
13 party may request a hearing for a purpose other than preliminary
14 examination.

15 **IT IS SO STIPULATED.**

16                                          McGREGOR W. SCOTT
                                            United States Attorney
17
   Dated: March 14, 2008         By:    /s/ Jill Thomas
18                                      JILL THOMAS
                                        Assistant U.S. Attorney
19                                      Attorneys for Plaintiff

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

```
1  DATED: March 14, 2008         By:   /s/ Thomas Johnson
                                       THOMAS JOHNSON
2                                      Attorney for Defendant
                                       AARON J. BODENSCHATZ
3
   DATED: March 14, 2008         By:   /s/ Mark Reichel
4                                      MARK REICHEL
                                       Attorney for Defendant
5                                      STEVEN CORREA
```

**IT IS SO ORDERED.**

DATED: March 17, 2008.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE