MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
STEVE CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  | |
|---|---|
|                             )  | Case No. 2:08 mj 49 KJM |
| Plaintiff,                  )  |           2:08 mj 50 KJM |
|                             )  | |
| v.                          )  | **STIPULATION OF THE PARTIES** |
|                             )  | **TO Continue; Order thereon** |
|                             )  | |
|                             )  | Date: May 29, 2008 |
| STEVE CORREA, AARON J.      )  | Time: 2:00 p.m. |
| BODENSCHATZ.                )  | Judge: Hon. Gregory G. |
|                             )  |         Hollows |
| Defendants.                 | |

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that the Preliminary Examination scheduled for April 17, 2008, and extending through May 29, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, the Defendants consent to an extension of the time for preliminary examination until May 29 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so

1 that the parties can discuss a proposed disposition and
2 conduct investigation. Counsel for the defendants have talked
3 to their respective clients in this case, and represent that
4 they have consented to this continuance and exclusion of
5 time, agreeing that the interests of justice are furthered
6 thereby.

7 　　　The parties stipulate that the interests of justice
8 outweigh the interest of the public and the defendants in a
9 speedy filing of an indictment or information, 18 U.S.C. §
10 3161(h)(8)(B)(iv), and further that this good cause outweighs
11 the public's interest in the prompt disposition of this
12 criminal case. Fed. R. Crim. P. 5.1(d).

13 　　　The parties further request that this matter be taken
14 off calendar until May 29, 2008, or such other future time as
15 any party may request a hearing for a purpose other than
16 preliminary examination.

17 　　　IT IS SO STIPULATED.

					McGREGOR W. SCOTT
					United States Attorney

Dated: April 16 2008		By: /s/ Jill Thomas
					JILL THOMAS
					Assistant U.S. Attorney
					Attorneys for Plaintiff

DATED: April 16, 2008		By: /s/ Thomas Johnson
					THOMAS JOHNSON
					Attorney for Defendant
					AARON J. BODENSCHATZ

DATED: April 16, 2008		By: /s/ Mark Reichel
					MARK REICHEL
					Attorney for Defendant
					STEVEN CORREA

2

1  IT IS SO ORDERED.

3  DATED: April 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE